IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSHUA WILKERSON                                                                                       PLAINTIFF

v.                                      Case No. 2:23-cv-02128

SHERIFF HOBERT RUNION, *et al.*                                                              DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 29.  Judge Ford recommends that this case be dismissed for failure to prosecute this matter.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding that there is no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 29) *in toto*.  Plaintiff's Amended Complaint (ECF No. 13) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of June, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge